YM

FILED
JANUARY 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 247

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIE ADAMS, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | No. 07 CV ____ |
| -vs- ) | |
| ) | *(jury demand)* |
| CITY OF CHICAGO AND ) | |
| CHICAGO POLICE OFFICERS ) | |
| M.P. COONEY, #18838 and ) | |
| D.E. NOTO, #12816 ) | **JUDGE LINDBERG** |
| ) | **MAGISTRATE JUDGE ASHMAN** |
| *Defendants.* ) | |

## COMPLAINT

Plaintiff, by counsel, allege as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343 and 28 U.S.C. §1367.

2. Plaintiff William Adams is a resident of the Northern District of Illinois.

3. Defendant City of Chicago is an Illinois municipal corporation. Plaintiff invokes the supplemental jurisdiction of this Court to assert claims against the City and does not assert any federal claim against the municipality.

4. Defendants M.P. Cooney, #18838 and D.E. Noto, #12816 were at all times relevant acting as Chicago police officers.

5. On August 9, 2007, defendants Cooney and Noto arrested plaintiff.

6. Defendants did not have a lawful basis to arrest plaintiff.

7. As the direct and proximate result of the above described acts, plaintiff was confined in the Cook County Jail until August 29, 2007 when all

criminal charges were dismissed.

8.  Plaintiff hereby demands trial by jury.

Wherefore plaintiff requests that judgment be entered in his favor and against defendants in an amount in excess of fifty thousand dollars as compensatory damages.

>   */s/ Kenneth N. Flaxman*
>   _____
>
>   KENNETH N. FLAXMAN
>   ARDC No. 830399
>   200 South Michigan Avenue
>   Suite 1240
>   Chicago, Illinois 60604-2430
>
>   (312) 427-3200 (phone)
>   (312) 427-3930 (fax)
>   knf@kenlaw.com (email)
>
>   *attorney for plaintiff*