**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 247**

In the Matter of　　　　　　　　　　　　　　　　　　Case Number:

Willie Adams

-vs-

City of Chicago and Chicago Police Officers M.P. Cooney, #18838 and D.E. Noto, #12816

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Willie Adams

**JUDGE LINDBERG**
**MAGISTRATE JUDGE ASHMAN**

| | |
|---|---|
| NAME (Type or print) | |
| Kenneth N. Flaxman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| /s/ Kenneth N. Flaxman | |
| FIRM | |
| Kenneth N. Flaxman P.C. | |
| STREET ADDRESS | |
| 200 S Michigan Ave., Ste 1240 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 08830399 | (312) 427-3200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐　APPOINTED COUNSEL ☐ | |

**FILED**
**JANUARY 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT