IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIE ADAMS, )
 )
 Plaintiff, )
 )
vs. ) No. 08 C 247
 )
CITY OF CHICAGO AND CHICAGO ) Judge Lindberg
POLICE OFFICERS M.P. COONEY, #18838 )
AND D.E. NOTO, #12816, )
 )
 Defendants. )

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Kenneth N. Flaxman
Attorney for plaintiff,
Willie Adams
200 South Michigan Avenue, Suite 1240
Chicago, IL 60604-2430
(312) 427-3200
Attorney No. 830399
DATE: 3/10/08

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

_____
Liza M. Franklin
Chief Assistant Corporation Counsel
Attorney for defendants,
Michael Cooney and Dennis Noto
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6216088

Date: 3/17/08

FILED
APR 18 2008
Judge George W. Lindberg
United States District Court