Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 247 | **DATE** | 4/18/2008 |
| **CASE TITLE** | Willie Adams vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

By stipulation of the parties, this action is dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement and the Agreed Order of Dismissal. Enter agreed order of dismissal. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | SLB |
|---|---|---|---|

