IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIE ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 247 |
| ) | |
| CITY OF CHICAGO AND CHICAGO ) | Judge Lindberg |
| POLICE OFFICERS M.P. COONEY, #18838 ) | |
| AND D.E. NOTO, #12816, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Willie Adams, by one of his attorneys, Kenneth N. Flaxman, and defendants, Michael Cooney and Dennis Noto, by their attorney, Liza M. Franklin, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Willie Adams, against defendants, City of Chicago, Michael Cooney and Dennis Noto, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: /s/ George W. Lindberg
The Honorable George W. Lindberg
United States District Judge
DATED: APR 18 2008